MICHAEL BAILEY
United States Attorney
District of Arizona

ERICA L. SEGER
Assistant United States Attorney
Arizona State Bar No. 022681
405 West Congress St., Suite 4800
Tucson, AZ 85701
Telephone: 520.620.7300
Email: erica.seger@usdoj.gov
Attorneys for Plaintiff

2020 OCT 28 P 4: 29

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-02256 TUC-RM(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | VIO: |
| vs. | 18 U.S.C. §§ 13, 7 and Ariz. Rev. Stat. § 13-1402 (Indecent Exposure) Count 1 |
| Timothy Agnew, Defendant(s). | 18 U.S.C. §§ 13, 7 and Ariz. Rev. Stat. § 13-1403 (Public Sexual Indecency) Count 2 |

THE GRAND JURY CHARGES:

## COUNT 1

## INDECENT EXPOSURE

Between on or about March 5, 2020 and on or about March 6, 2020, at the Southern Arizona Veterans' Affairs facility, in the District of Arizona, TIMOTHY AGNEW did expose his genitals in the presence of another person, including a person under the age of fifteen, to wit: Jane Doe, and was reckless about whether Jane Doe and others, as reasonable people, were offended or alarmed by the act, in violation of Arizona Revised Statutes § 13-1402, and Title 18, United States Code, Sections 7(3) and 13.

///

# COUNT 2

## PUBLIC SEXUAL INDECENCY TO A MINOR

Between on or about March 5, 2020 and on or about March 6, 2020, at the Southern Arizona Veterans' Affairs facility, in the District of Arizona, TIMOTHY AGNEW intentionally and knowingly engaged in sexual contact in the presence of other people, and was reckless about whether a minor under fifteen years of age was present and whether such other person, as a reasonable person, would be offended or alarmed by the act, in violation of Arizona Revised Statutes § 13-1403, and Title 18, United States Code, Sections 7(3) and 13.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Date: October 28, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/S/

ERICA L. SEGER
Assistant U.S. Attorney